**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DARLENE WALLACE, individually and on behalf
of others similarly situated,

                Plaintiff,

    -against-

                      20 CIVIL 6831 (JPO)

                      **JUDGMENT**

WISE FOODS, INC.,

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 26, 2021, Wise's motion dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

       July 26, 2021

                                        RUBY J. KRAJICK

                                        Clerk of Court

                BY:

                                        Deputy Clerk